UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 5:21-cr-00226

ANTHONY BROADNAX

### ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDATION

On April 14, 2025, all counsel and the Defendant appeared for a guilty plea hearing to the Indictment. The Indictment charges the Defendant with failure to register as a sex offender, in violation of 18 U.S.C. § 2250(a). [ECF 1]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on April 14, 2025. [ECF 29]. He recommends conditional acceptance of the Defendant's guilty plea. [*Id.* at 6]. Objections in this case were due on May 1, 2025. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**ECF 29**] and **DEFERS** acceptance of the Plea Agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Clerk is directed to transmit copies of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER:   May 16, 2025

Frank W. Volk
Chief United States District Judge